UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE MILLER,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | NO. 1:14-cv-03082-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Victor E. Bianchinis' March 6, 2015 Report and Recommendation, ECF No. 23, recommending that Plaintiff's Motion for Summary Judgment, ECF No. 13, be granted; Defendant's Motion for Summary Judgment, ECF No. 20, be denied; and the matter be remanded to the Administrative Law Judge. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and grants Plaintiff's Motion for Summary Judgment, denies Defendant's Motion for Summary Judgment, and remands the matter to the Administrative Law Judge.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 23, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, ECF No. 13, is **GRANTED**.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

3.  Defendant's Motion for Summary Judgment, ECF No. 20, is **DENIED**.

4.  The above-captioned matter is **REMANDED** for further proceedings consistent with this Order and the Report and Recommendation. ECF No 23.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Plaintiff, and to Magistrate Judge Victor E. Bianchini.

**DATED** this 17th day of April 2015.



Stanley A. Bastian
United States District Judge