# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

GEORGE MILLER,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.

No.     1:14-CV-3082-SAB

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  Defendant's Motion for Summary Judgment is **DENIED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  April 17, 2015

      SEAN F. McAVOY
      Clerk of Court

      By:  *s/Cheryl Cambensy*
          Deputy Clerk